**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shelly Graf and Marvin Miller,

Plaintiffs,

vs.

CU Recovery, Inc., Sara Jackson,
Jim Polina and Jack Mitchell,

Defendants.

**Civil File No. 02-CV-103 DSD/JMM**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 11/22/02

**THE CONSUMER JUSTICE CENTER, P.A.**

By ______________________
Thomas J. Lyons, Jr. (#249646)
**Consumer Justice Center**
342 East County Road D
Little Canada, MN 55117
651-770-9707

FILED 11-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-26-02
DEPUTY CLERK ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/14/02

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendants
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 11/25/02

______________________
The Honorable David S. Doty
Judge of United States District Court

# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*342 East County Road D*
*St Paul, Minnesota 55117*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: cjclawdude@aol.com*

RECEIVED
BY MAIL
NOV 25 2002
CLERK US DIST COURT
MINNEAPOLIS MN

November 22, 2002

Clerk of Court
United States District Court
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

**RE: Miller and Graf v. CU Recovery, Inc., et al**
**Our File No.: 37315**
**Court File No.: 0:02-CV-103 DSD/SRN**

Dear Sir/Madam:

Please find enclosed herein for filing and consideration in the above-referenced matter the Stipulation for Dismissal and Order for Judgment.

Call with any questions. Thank you for your cooperation.

Very truly yours,

Thomas J. Lyons Jr./aw

Thomas J. Lyons, Jr.

TJR:aw
Enclosure
Cc: Michael Klutho, Esq.