AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Shelly Graf and Marvin Miller

V.

CU Recovery, Inc., Sara Jackson, Jim Polina and
Jack Mitchell

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-103 DSD/JMM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The complaint is dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

November 26, 2002
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

11

Modified: 11/20/02